**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| DAVID JACOBSON, | Case No.: 1:18-cv-01439-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR VOLUNTARY REMAND REMANDING ACTION FOR FURTHER PROCEEDINGS |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 13) |
| Defendant. | |

David Jacobson ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. On June 17, 2019, the parties filed a stipulation to remand this action for further administrative proceedings.

Accordingly, IT IS HEREBY ORDERED that this action is remanded back to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation. It is FURTHER ORDERED that judgment be entered in favor of Plaintiff David Jacobson and against Defendant Commissioner of Social Security. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated: **June 17, 2019**

UNITED STATES MAGISTRATE JUDGE